**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RANDY J. MILBURN** **PLAINTIFF**
**ADC #130450**

**v.** **Case No: 4:26-cv-00172-LPR**

**DYCUS, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 7). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] There are two small exceptions. First, on page 3, the RD states that "Plaintiff sued Defendants in their official capacities only." But, as the RD correctly notes elsewhere, Plaintiff sued all Defendants in both their personal and official capacities, and the RD fully addresses both types of claims. The Court therefore strikes this statement from its adoption. Second, in the first full paragraph on page 5, the RD states that "Plaintiff's complaint does contain sufficient allegations of fact to state a claim on which relief may be granted." This is clearly a scrivener's error, as the RD fully explains (and ultimately concludes) that Plaintiff's complaint fails to state a claim. The Court therefore treats this language as meaning that "Plaintiff's complaint does not contain sufficient allegations of fact to state a claim on which relief may be granted." The Court adopts this meaning of the RD.